## L. O. PEELER, ET AL v. R. WHITE, ET AL.

**Courts—Jurisdiction of Quarterly Court.**

A petition in the circuit court on a judgment for $77.78, without allegations that the defendant owns real estate in the State, subject to the debt, is erroneous. The action could only be brought in the quarterly court.

APPEAL FROM CALLOWAY CIRCUIT COURT.

December 13, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

A judgment was recovered by Peeler in the quarterly court of Calloway county against appellants for $77.78, and this suit was brought in the Circuit Court of Calloway county by Peeler's assignee against said party for a discovery, and to garnishee debts alleged to be owing to some one of the defendants by other persons.

There is no allegation in the petition that appellants own any real estate in this Commonwealth subject to said debt, and the quarterly court could have afforded all the relief claimed in the petition, and the allegations of the petition are not sufficient under *Sec. 474 of Civil Code,* to give the Circuit Court jurisdiction.

Wherefore the judgment dismissing the petition is *affirmed.*

*Stubblefield, for appellants.*

*Brown & Miller, for appellees.*